UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL D. MEADOR, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 1:23-CV-00104 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of movant Michael Meador's filing in this case. ECF No. 1. Michael Meador is currently incarcerated in federal custody after being sentenced by this Court to a life sentence after being found guilty of: conspiracy to distribute fifty kilograms or more of marijuana; interstate travel or transportation in aid of a racketeering enterprise; and possession of a firearm in furtherance of a drug trafficking crime resulting in a murder. *United States v. Meador*, No. 1:06-CR-134-CDP (E.D. Mo. June 29, 2009). Movant initiated this action by filing an untitled letter with the Court which begins: "I need help filing 924c, 924j Tyrone Taylor 5 District and Supream [sic] Court case. I have a dead line [sic] 21st June 2023." *Id.* As such, movant's letter has been construed as seeking relief under 28 U.S.C. § 2255. However, the letter is defective as a § 2255 motion because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send movant the Court form for § 2255 motions and movant will have thirty (30) days to file an amended motion on such form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that movant shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 16th day of June, 2023.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE